UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PATRICIA PHEFFERKORN AND | * | CIVIL DOCKET NO. _____ |
| GEORGE PHEFFERKORN | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE: _____ |
| BROOKSHIRE GROCERY COMPANY, | * | |
| THE TRAVELERS INDEMNITY | * | |
| COMPANY OF CONNECTICUT, | * | |
| DOYLE ROGERS COMPANY AND | * | |
| AMERICAN ZURICH INSURANCE | * | |
| COMPANY | * | MAGISTRATE JUDGE:_____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

**BROOKSHIRE GROCERY COMPANY** and **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,** hereinafter referred to as Movers, file this Notice of Removal of this cause to the United States District Court for the Western District of Louisiana, Lafayette Division, and in support of this Notice of Removal respectfully show the Court the following:

I.

Movers are defendants in the above-styled cause which has been filed in the 27th Judicial District Court for the Parish of St. Landry, Docket No. C-184478-A.  A copy of the Citations and Petitions for Damages are attached to this Notice of Removal and marked for identification *in globo* as Exhibit "A".  The referenced exhibit constitutes all process and pleadings which have been filed and/or served in this action on Movers, **BROOKSHIRE GROCERY COMPANY**

and **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

II.

In the Petition for Damages, **PATRICIA PHEFFERKORN AND GEORGE PHEFFERKORN** allege *inter alia* that **PATRICIA PHEFFERKORN** was injured on October 9, 2017, when she slipped and fell in the parking lot in front of the Super 1 Foods store operated by Brookshire Grocery Company in Opelousas, Louisiana. **PATRICIA PHEFFERKORN** alleges that her fall resulted in bodily injuries and associated damages. **GEORGE PHEFFERKORN** seeks damages for loss of consortium as a result of the alleged injuries to his wife, **PATRICIA PHEFFERKORN**. (see Petition for Damages).

III.

The civil action described above is brought by **PATRICIA PHEFFERKORN AND GEORGE PHEFFERKORN**, residents of St. Landry Parish, State of Louisiana. (see Petition for Damages, preamble). **BROOKSHIRE GROCERY COMPANY** is a corporation organized under the laws of the State of Texas with its principal office located in Texas. **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT** is a corporation organized under the laws of the State of Connecticut with its principal place of business located in Connecticut. Plaintiffs have named two other defendants, Doyle Rogers Company, Inc., a foreign corporation in Arkansas, and its insurer, American Zurich Insurance Company, a foreign insurance company. Therefore, because no defendant is a Louisiana citizen, **PATRICIA PHEFFERKORN AND GEORGE PHEFFERKORN** are diverse from all defendants in this litigation.

IV.

**PLAINTIFFS'** claims also meet the amount in controversy requirement.  In Paragraph 12 of the Petition for Damages, it is alleged by **PATRICIA PHEFFERKORN** that she is entitled to recover damages for past, present, and future mental and physical pain and suffering, medical expenses, loss of enjoyment of life, disability, impairment, mental anguish, lost wages and earning capacity, and other damages.  (see Paragraph 12, Petition for Damages).

V.

In a pre-suit settlement demand issued by **PLAINTIFFS** through their attorney dated July 3, 2018, it is alleged that **PATRICIA PHEFFERKORN** sustained a fractured right knee and other injuries.  **PLAINTIFFS'** settlement demand exceeded the $75,000.00 threshold requirement.  Accordingly, this case meets the amount in controversy requirement for purposes of removal ($75,000.00).

VI.

This civil action is one in which this Honorable Court has original jurisdiction by reason of diversity of citizenship and amount in controversy, 28 U.S.C. § 1332, and is removable under 28 U.S.C. § 1441, *et seq.*

VII.

Consent to this removal by the co-defendants, Doyle Rogers Company, Inc. and American Zurich Insurance Company, is attached hereto as Exhibit "B."

VIII.

This Notice of Removal is being filed within 30 days of Movers' receipt of Plaintiff's Petition for Damages and is therefore timely filed under 28 U.S.C. § 1446.

IX.

Promptly after filing this Notice of Removal, Movers are serving written Notice of Removal upon the adverse party, and a copy of this Notice of Removal is being filed with the Clerk of the 27th Judicial District Court for the Parish of St. Landry, State of Louisiana, to effect the removal of this action to this Court, all in conformity with 28 U.S.C. § 1446.

WHEREFORE, **BROOKSHIRE GROCERY COMPANY** and **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,** pray that this Notice of Removal be accepted as good and sufficient, and that the above-captioned civil action be removed from the 27th Judicial District Court for the Parish of St. Landry, State of Louisiana, to this Honorable Court, for trial and determination as provided by law; that this Court enter such orders and issue such process as may be necessary and proper and thereupon proceed with this civil action as if originally commenced in this Court, and for all necessary and appropriate orders and decrees in accordance with the applicable law.

Respectfully submitted

BREAUD & MEYERS

*s/Andrew H. Meyers*

_____
ANDREW H. MEYERS (#14221)
600 Jefferson Street, Suite 1101
P. O. Box 3448
Lafayette, LA 70502
Phone: (337) 266-2200
Fax: (337) 262-2204
Email: andrew@breaudlaw.com
Attorney for **BROOKSHIRE GROCERY COMPANY AND THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**