**CT Corporation**

**Service of Process Transmittal**
10/19/2018
CT Log Number 534255296

TO: Christopher Massey, Vice President - Corporate Counsel
Brookshire Grocery Company
1600 W Southwest Loop 323
Tyler, TX 75701-8500

RE: **Process Served in Louisiana**

FOR: Brookshire Grocery Company  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | PATRICIA PHEFFERKORN AND GEORGE PHEFFERKORN, Pltfs. vs. BROOKSHIRE GROCERY COMPANY, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request, Interrogatories |
| **COURT/AGENCY:** | 27th Judicial District Court, Parish of St. Landry, LA<br>Case # C184478A |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/09/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/19/2018 at 08:55 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | KATHLEEN F. RYAN<br>MORROW, MORROW, RYAN, BASSETT & HAIK<br>324 W Landry Street<br>Post Office Drawer 1787<br>Opelousas, LA 70571<br>(337) 948-4483 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780116881601<br><br>Email Notification,  Christopher Massey  christophermassey@brookshires.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / VV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**EXHIBIT**

A

CITATION
STATE OF LOUISIANA

PATRICIA PHEFFERKORN                27ᵗʰ JUDICIAL DISTRICT COURT
ETUX

vs                                  PARISH OF ST. LANDRY

BROOKSHIRE GROCERY                  CIVIL NO. C-184478A
COMPANY ETAL

TO THE DEFENDANT   BROOKSHIRE GROCERY COMPANY, THROUGH ITS AGENT FOR
SERVICE: CT CORPORATION SYSTEM 3867 PLAZA TOWER DRIVE BATON ROUGE, LA
70816

You are hereby summoned to comply with the demand

contained in the petition/of which a true and correct copy

(exclusive of exhibits) accompanies this citation, or make

an appearance, either by filing a pleading or otherwise, in

the 27th Judicial District Court in and for the Parish of

St. Landry, State of Louisiana, within fifteen (15) days

after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this   5TH

day of   OCTOBER   , A. D. 2018.

Issued and delivered   OCTOBER 5, 2018

*Racie Savage*

Deputy Clerk of Court

REQUESTED BY:   KATHLEEN RYAN

PATRICIA PHEFFERKORN and      CIVIL DOCKET NO. 1804478A
GEORGE PHEFFERKORN

VERSUS      27TH JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY COMPANY;
THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT;      ST. LANDRY PARISH
DOYLE ROGERS COMPANY; and
AMERICAN ZURICH INSURANCE
COMPANY      STATE OF LOUISIANA

---

<u>PETITION FOR DAMAGES</u>

The petition of PATRICIA PHEFFERKORN and GEORGE PHEFFERKORN,

residents and domiciliaries of the full age of majority of St. Landry Parish, Louisiana, who

respectfully represent:

10/05/18 08:45:31
St. Landry Parish Clerk of Court

1.

Made defendants herein are:

BROOKSHIRE GROCERY COMPANY, a foreign corporation, authorized
to do and doing business in the State of Louisiana, that has appointed CT
Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana,
70816, as its agent for service of process; and

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a
foreign insurance company, authorized to do and doing business in the
State of Louisiana, and has appointed the Secretary of State for the State of
Louisiana as its agent for service of process; and

DOYLE ROGERS COMPANY, INC., a foreign corporation, that may be
served through is Chief Operating Officer, Alan Tegethoff, at 111 Center
Street, Stephens Building, Suite 1510, Little Rock, Arkansas, 72201; and

AMERICAN ZURICH INSURANCE COMPANY, a foreign insurance
company, authorized to do and doing business in the State of Louisiana,
and has appointed the Secretary of State for the State of Louisiana as its
agent for service of process;

who are justly and truly indebted unto your Petitioners, individually, jointly and in

solido, for such amount as is reasonable in the premises, together with legal interest

MMLRBH
MORROW, MORROW,
RYAN BASSETT & HAIK
A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

thereon from the date of judicial demand until paid, and for all costs of these proceedings the following reasons, to-wit:

2.

On or about October 9, 2017, plaintiff, PATRICIA PHEFFERKORN, was an invited customer at the Super 1 Foods grocery store located at 2418 South Union Street, Opelousas, Louisiana, 70570 ("Super 1 Foods" hereinafter).

3.

After exiting her parked vehicle and walking towards the front entrance of Super 1 Foods, plaintiff slipped in the parking lot on a wet, slick, and slimy substance in a section of the parking lot that was holding water. It had not recently rained and the only section of the parking lot that was holding water was the area where plaintiff slipped and fell.

4.

Upon information and belief, Super 1 Foods store is and was at the time of the accident owned and operated by defendant, BROOKSHIRE GROCERY COMPANY.

5.

Upon information and belief, at the time of accident, defendant, BROOKSHIRE GROCERY COMPANY, leased the Super 1 Foods store building and parking lot from defendant, DOYLE ROGERS COMPANY, INC.

6.

Upon information and belief, at the time of the accident sued upon herein, defendants, had the care, custody and control of Super 1 Foods where plaintiff, PATRICIA PHEFFERKORN, was injured.

7.

Defendants knew or should have known of the unreasonably dangerous condition where Petitioner was injured, that existed at the time of the accident sued upon herein.



MORROW, MORROW,
RYAN, BASSETT & HAIK
ATTORNEYS AT LAW / AVOCATS

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 2 -

8.

Upon information and belief, the unreasonably dangerous condition presented an unreasonable risk of harm to the plaintiff and the risk of harm was reasonably foreseeable; defendants, either created or had actual or constructive notice of the condition which caused the damage prior to the occurrence, and failed to exercise reasonable care.

9.

Defendants are liable for the following non-exclusive list of acts and/or omissions, to-wit:

1. Failing to exercise ordinary care in the maintenance, construction, and/or building of the parking lot;

2. Having premises conditions that fail to meet the minimum standards of safety as set forth in the applicable codes, statutes and ordinances;

3. Failing to take steps to make the condition of the parking lot safe;

4. Failing to warn the Petitioner of the dangerous/hazardous condition;

5. Failure to properly mark and warn of the dangerous/hazardous condition;

6. Failure to take reasonable steps to maintain and insure the safety of others;

7. Failure to do what should have been done to avoid the accident;

8. Failure to exercise reasonable and prudent care under the circumstances;

9. Failure to provide business invitees, patrons, and other individuals with a safe means of traversing the premises;

10. Failure to take appropriate action to remedy defects and conditions after having actual or constructive knowledge of the same;

11. Other act(s) of negligence to be shown at the trial on the merits.

10.

MORROW, MORROW,
RYAN BASSETT & HAIK
A PROFESSIONAL CORPORATION
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

It is alleged, upon information and belief, that defendant is liable pursuant to Louisiana Civil Code articles 2317 and 2317.1, as well as other applicable Louisiana statutes.

11.

As a result of the accident and subsequent injuries suffered by his wife, PATRICIA PHEFFERKORN, plaintiff, GEORGE PHEFFERKORN, is entitled to recover damages for loss of consortium in an amount more than sufficient to justify this Honorable Court's jurisdictional requisites.

12.

As a result of the accident, Petitioner, PATRICIA PHEFFERKORN, is entitled to recover damages for past, present, and future mental and physical pain and suffering; past, present and future medical travel expenses; past, present and future medical expenses; past, present and future loss of enjoyment of life; past, present and future disability and impairment; past, present and future mental anguish; and past, present and future lost wages and/or earning capacity, and other damages to be shown at trial on the merits, all in an amount more than sufficient to satisfy this Honorable Court's jurisdictional requisites.

12.

Upon information and belief, at all times material hereto, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT had issued a policy of insurance to BROOKSHIRE GROCERY COMPANY providing coverage for all damages sued upon herein.

13.

Upon information and belief, at all times material hereto, AMERICAN ZURICH INSURANCE COMPANY had issued a policy of insurance to DOYLE ROGERS COMPANY providing coverage for all damages sued upon herein.



MORROW, MORROW, RYAN, BASSETT & HAIR
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 4 -

WHEREFORE, Plaintiffs, PATRICIA PHEFFERKORN and GEORGE PHEFFERKORN, pray that the Defendants be served with a copy of this Petition and be duly cited to appear and answer same and that, after due proceedings are had, there be judgment herein in favor of Plaintiffs, and against Defendants, BROOKSHIRE GROCERY COMPANY; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; DOYLE ROGERS COMPANY; and AMERICAN ZURICH INSURANCE COMPANY for damages as are reasonable in the premises, together with legal interest from date of judicial demand, all penalties and attorney fees as provided by law, and for all costs of these proceedings and interest; and

PLAINTIFFS FURTHER PRAY for all general and equitable relief that can be afforded to them by this Honorable Court, under the laws of the State of Louisiana.

RESPECTFULLY SUBMITTED:

MORROW, MORROW, RYAN, BASSETT & HAIK

BY: _K E Ryan_____
KATHLEEN E. RYAN (#36335)
JAMES P. RYAN (#11560)
WILLIAM L. RYAN (#38097)
Post Office Drawer 1787
Opelousas, Louisiana 70571
Telephone: (337) 948-4483
Facsimile: (337) 942-5243

Attorneys for Plaintiffs,
*Patricia Phefferkorn and George Phefferkorn*

PLEASE SERVE:

BROOKSHIRE GROCERY COMPANY
through its agent for service:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

OPELOUSAS, LOUISIANA
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.

Deputy Clerk of Court

MORROW, MORROW,
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Annaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 5 -

**PLEASE SERVE:**

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
through its agent for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

AMERICAN ZURICH INSURANCE COMPANY
through its agent for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**PLEASE SERVE VIA LONG-ARM STATUTE:**

DOYLE ROGERS COMPANY, INC.
through its Chief Operating Officer
Alan Tegethoff
111 Center Street
Stephens Building, Suite 1510
Little Rock, Arkansas  72201



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

| | |
|---|---|
| PATRICIA PFEFFERKORN and GEORGE PHEFFERKORN | CIVIL DOCKET NO. _____ |
| VERSUS | 27TH JUDICIAL DISTRICT COURT |
| BROOKSHIRE GROCERY COMPANY; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; DOYLE ROGERS COMPANY; and AMERICAN ZURICH INSURANCE COMPANY | ST. LANDRY PARISH STATE OF LOUISIANA |

## REQUEST FOR NOTICE

TO THE CLERK of the 27TH Judicial District Court, in and for the Parish of St. Landry, Louisiana:

PLEASE TAKE NOTICE that MORROW, MORROW, RYAN, BASSETT, & HAIK, Attorneys for Petitioners, Patricia Phefferkorn and George Phefferkorn, do hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913 and 1914.

RESPECTFULLY SUBMITTED:

MORROW, MORROW, RYAN, BASSETT & HAIK

BY: _____*K E Ryan*_____

KATHLEEN E. RYAN (#36335)
JAMES P. RYAN (#11560)
WILLIAM L. RYAN (#38097)
Post Office Drawer 1787
Opelousas, Louisiana 70571
Telephone: (337) 948-4483
Facsimile: (337) 942-5243

Attorneys for Plaintiffs,
*Patricia Phefferkorn and George Phefferkorn*

MORROW, MORROW,
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

| | |
|---|---|
| PATRICIA PHEFFERKORN and<br>GEORGE PHEFFERKORN | CIVIL DOCKET NO. _____ |
| **VERSUS** | 27TH JUDICIAL DISTRICT COURT |
| BROOKSHIRE GROCERY COMPANY;<br>THE TRAVELERS INDEMNITY<br>COMPANY OF CONNECTICUT;<br>DOYLE ROGERS COMPANY; and<br>AMERICAN ZURICH INSURANCE<br>COMPANY | ST. LANDRY PARISH<br><br>STATE OF LOUISIANA |

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION

TO:  BROOKSHIRE GROCERY COMPANY
through its agent for service:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
through its agent for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

AMERICAN ZURICH INSURANCE COMPANY
through its agent for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

DOYLE ROGERS COMPANY, INC.
through its Chief Operating Officer
Alan Tegethoff
111 Center Street
Stephens Building, Suite 1510
Little Rock, Arkansas 72201

Petitioners, PATRICIA PHEFFERKORN and GEORGE PHEFFERKORN, do hereby request that the above named party answer separately and fully, in writing, under oath, each of the following written interrogatories, or if objection is made that the reason for each objection be given, that said answers, sworn to and signed by the person making them and any objection signed by the attorney making them, be served upon petitioner within fifteen (15) days from the date of mailing and service of these interrogatories, all

MORROW, MORROW,
RYAN BASSETT & HAIK
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

pursuant to Article 1457, *et seq.*, and any other applicable law. Petitioners further request of defendant that all responses be reasonably supplemented and/or amended as the case may require by Article 1428 of the Louisiana Code of Civil Procedure. Each interrogatory is addressed to all such information as is available to you including, but not limited to, your own personal knowledge and that of your attorney's investigators, agents, employees and other representatives.

You are hereby advised that you are under a duty to reasonably amend your answers if you obtain information upon the basis of which:

a.  You know that the answer was incorrect when made; and/or

b.  You know that the answer, though correct when made, is no longer true and the circumstances are such that a failure to amend the answer is in substance a knowing concealment or misrepresentation.

The following definitions are to be utilized when answering these discovery requests:

DEFINITIONS

1.  "You" or "Your" means the party to whom these requests are propounded and included, but is not limited to, any agents, employees, representatives or attorneys for said party.

2.  "Occurrence," "accident" and/or "incident" refer to the incident involving Plaintiff on the occasion and at the time described in Plaintiff's Original Complaint.

3.  "Identify" or "Identity" when referring:

a.  To a "person" means to state the full name of the person, any aliases and/or nicknames by which the person is now known or has been known in the past, a present and/or last known address, telephone number, date of birth, social security number, drivers' license number, title or position and place of employment and, if previous or presently employed by you, the date he or she was hired and the date he or she was terminated or left your employ, if applicable;



MORROW, MORROW
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.morrowbhlawoffice.com

- 2 -

b.     To a "<u>document</u>" means, if a legible copy of the document is not provided with your answer, a complete description of the document referred to, including its title, if any, the date it was prepared, the name of the person who prepared it, and the identity of the person or persons having custody of, control over, or access to such document;

c.     To "<u>any other matter</u>" means to give a reasonable, detailed description thereof, including if applicable, for a tangible matter: when, where and how it was made, and to identify who made it and who has present or last known possession, custody or control thereof; and

d.     If referring to other lawsuits or actions of any type in any court, means stating separately for each such action: the identity of all parties; the court and case number; the date on which such action was initiated, the identity of the opposing attorneys; the outcome of the case, including in such action the description of any judgment or other relief granted in each such action; and, if a civil action, the nature of the cause of action.

4.     "<u>Super 1 Foods grocery store</u>", unless otherwise specified, is to mean the Super 1 Foods grocery Store located at 2418 South Union Street, Opelousas, Louisiana, 70570, where the incident at issue is alleged to have taken place.

5.     "<u>Documents</u>" includes, but is not limited to, any note, memorandum, correspondence, contract or agreement, pamphlet or manual, computer print-out, computer tape, tape recording, photograph, photographic negative or transparency, movie film, videotape recording, digital recording, CD-rom, computer disk and every writing or graphic material of any kind whatsoever.

6.     "<u>Plaintiff</u>" refers to PATRICIA PHEFFERKORN.

7.     The "<u>date</u>" or "<u>date in question</u>" refers to October 9, 2017.

MRH

**MORROW, MORROW,**
**RYAN, BASSETT & HAIK**
**A PROFESSIONAL LAW CORPORATION**
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-3680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 3 -

8.     The injuries referred to in the following Interrogatories, Requests for Admission and Requests for Production of Documents are the injuries made the basis of the suit, unless otherwise specified.

9.     "Designated Time Period": Unless otherwise stated relative to a specific request, the time period applicable to the following requests is from three (3) years prior to and including the date in question, through the date answers are being served.

10.    "Possession, Custody and Control": The witness is instructed that "possession" for purposes of this request means possession, custody and control, including constructive possession, such that the witness need not have actual physical possession of the document or thing as long as he has a right (superior to that of the requesting party) to compel the production from a third party (including an agency, authority, representative, hospital, or medical staff committee) having physical possession of the item.

## REQUESTS FOR ADMISSION

Pursuant to Articles 1466 and 1467 of Louisiana Code of Civil Procedure, Petitioners request that the Defendant admit or deny separately and in writing, and under oath, the matters set forth below. Unless a written response is received by attorney for Petitioners at the below address within fifteen (15) days from service of this request or such other time limit allowed by the Louisiana Code of Civil Procedure, all facts shall be deemed admitted.

**REQUEST FOR ADMISSION NO. 1:**

Please admit or deny that surveillance has been performed on plaintiff.

MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-734-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 4 -

**REQUEST FOR ADMISSION NO. 2:**

Please admit or deny that an accident occurred on October 9, 2017 whereby plaintiff, Patricia Phefferkorn, slipped and fell at the Super 1 Foods grocery store located at 2418 South Union Street, Opelousas, Louisiana, 70570.

**REQUEST FOR ADMISSION NO. 4:**

Please admit or deny whether Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc have or had any video of any part of the incident that is the subject of this suit.

**REQUEST FOR ADMISSION NO. 5:**

Please admit that Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. corporate policy requires the utilization of video surveillance of the premises.

**REQUEST FOR ADMISSION NO. 6:**

Please admit that video surveillance was in use at the Super 1 Foods in question at the time of the accident sued upon.

**REQUEST FOR ADMISSION NO. 7:**

Please admit that Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc did have video of the accident involving plaintiff that occurred on October 9, 2017 at the Super 1 Foods grocery store in question, located in Opelousas, Louisiana.

**REQUEST FOR ADMISSION NO. 9:**

Please admit that as of October 9, 2017, Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. was aware of the accident sued upon.

**REQUEST FOR ADMISSION NO. 10:**

Please admit that on October 9, 2017, the parking lot at the Super 1 Foods grocery store in Opelousas, LA was holding water in the area where plaintiff slipped and fell.



MORROW·MORROW·
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 5 -

**REQUEST FOR ADMISSION NO. 11:**

Please admit that after the accident on October 9, 2017, Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. repaired and or corrected the condition of the parking lot located at the Super 1 Foods grocery store.

MORROW, MORROW,
RYAN, BASSETT & HAIK
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 6 -

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please state the name, address, and telephone number and current employer of all person or persons answering or assisting in answering this discovery. Please specify for each interrogatory who provided the information.

**INTERROGATORY NO. 2:**

Please state the names, addresses, telephone numbers and current employment of all witnesses that you or your attorney expect to call at the time of the trial of the case. In connection therewith, please indicate the area in which each witness is expected to testify and the basic substance of his testimony. Please also indicate whether the witness is an eye witness, factual witness or expert witness.

**INTERROGATORY NO. 3:**

Please provide a complete list of all documents which you intend to utilize and/or introduce into evidence at the trial of this matter, identifying each such document or tangible object by reference to date, signatory or persons referenced thereon, and the contents thereof.

**INTERROGATORY NO. 4:**

Following the accident sued on herein, were any statements obtained from any persons, including the plaintiff, by you or someone on your behalf, including any insurance representatives or investigators?  If so, please state the name, address, telephone number, and employment of the persons giving and taking this statement; the date of said statement; whether the statement was verbal, written, tape recorded, or records in any manner; and the name, address, and telephone number of the person who presently had the care, custody and control of the statements.



MORROW, MORROW,
RYAN, BASSETT & HAIK
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ANNADIVILLE 337-754-5680
toll free 800-356-0776
fax 337-942-5234
www.mmrbhlawoffice.com

- 7 -

**INTERROGATORY NO. 5:**

Please give the name and complete address of each person known to you or anyone acting on your behalf who witnessed the accident described in the lawsuit.

**INTERROGATORY NO. 6:**

Please give the name and address of each person known to you or anyone acting on your behalf who was not an actual eyewitness to the accident described in the lawsuit but who is believed to have or claims to have information relative to the accident or to this lawsuit.

**INTERROGATORY NO. 7:**

Please give the name and address of each investigator, attorney, agent, or anyone conducting an investigation of the facts involved in this lawsuit.

**INTERROGATORY NO. 8:**

State whether you or anyone acting on your behalf has knowledge or possession any photographs, videos, maps, diagrams, sketches, or any other tangible physical objects, constituting or depicting, wholly or partially, the accident scene, the objects involved in the accident, or the injuries sustained in the accident.  If so, as to each item, please furnish a complete description, the date they were taken/made, and its present location and custodian.

**INTERROGATORY NO. 9:**

Please state the name, address and telephone number of each and every individual who has conducted any investigation and/or any surveillance activities on the plaintiff, since the date of his accident through the present.  Please annex to your answers copies of any and all documentation of such surveillance activities, including logs, time sheets, bills for services rendered, etc.

**INTERROGATORY NO. 10:**

Do you contend that the fault of a third party caused or contributed to the accident and/or plaintiff's injuries?  If so, please detail each and every fact upon which you rely,

MORROW, MORROW,
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 8 -

together with the names, addresses, telephone numbers of each witness who will be called to testify regarding this claim, as well as each and every exhibit to be utilized at the trial of this matter regarding this claim. Please note that we will object to any third party being on the jury verdict form that is not named herein.

**INTERROGATORY NO. 11:**

Please itemize any and all policies of insurance issued to Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. at the time of the accident sued upon, including the following information:

        a.      Name, address and telephone number of company issuing the policy

        b.      Policy effective dates

        c.      Type of policy (commercial, excess, umbrella, etc.)

        d.      Limits for each policy.

**INTERROGATORY NO. 12:**

Please state whether Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. has any video camera(s) capable of providing images of the area where plaintiff slipped and fell. In connection therewith, please:

        a.      Identify the location of each camera that was in operation at the time of the accident;

        b.      Identify the location of each camera that was NOT in operation at the time of the accident;

        c.      Identify the person in charge of the operation of each camera at the time of this accident;

        d.      State whether the video camera(s) are capable of pivoting or rotating;

        e.      State if the field of vision was changed or moved either before or after this accident;

        f.      State the current whereabouts of any video conducted on the date of this accident; and

        g.      Identify the present custodian or last known custodian.



MORROW, MORROW,
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 9 -

**INTERROGATORY NO. 13:**

Please state the name, date, address and position of every person who has viewed or reviewed any video taken in connection with this accident.

**INTERROGATORY NO. 14:**

Please state the name, last known address and last known telephone number of every person or persons employed by the Super 1 Foods/Brookshire Grocery Company located at 2418 South Union Street, Opelousas, Louisiana, 70570 for the period of January 1, 2017 through the present. Note: if employees are no longer employed by Super 1 Foods/Brookshire Grocery Company, please provide the phone numbers and addresses of said employees during their employment with Super 1 Foods/Brookshire Grocery Company.

**INTERROGATORY NO. 15:**

Please state when the parking lot at the Super 1 Foods grocery store was repaired and/or corrected following the accident on October 9, 2017.

**INTERROGATORY NO. 16:**

Please state when the parking lot at the Super 1 Foods grocery store was last repaired and/or installed prior the accident on October 9, 2017.

**INTERROGATORY NO. 17:**

Was any accident or incident report prepared by you or someone on your behalf, including any insurance representatives or investigators?  If so, please state:

    a.    The name(s), address(es), and telephone number(s) of the person(s) preparing said accident or incident report(s);

    b.    The date the accident or incident report(s) were made;

    c.    The name, address, telephone number and occupation/title of the person who has possession of the accident and/or incident(s); and

    d.    The name of every person who signed the accident and/or incident report(s).



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 10 -

**INTERROGATORY NO. 18:**

State the names, present addresses, and telephone numbers of the owner(s) of the premises involved in the accident sued upon herein.

*These Interrogatories are deemed to be continuing and requires seasonable supplementation of answers hereto as more information becomes available to you. Please be advised that, at trial, plaintiffs will move to exclude any evidence offered that is within the scope of these requests for production that was not produced in response hereto.*

MORROW, MORROW,
RYAN, BASSETT & HAIK
PROFESSIONAL LIMITED LIABILITY COMPANY
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 11 -

### REQUESTS FOR PRODUCTION OF DOCUMENTS

YOU ARE HEREBY REQUESTED to produce at the office of Kathleen E. Ryan, 324 West Landry, Opelousas, Louisiana, within fifteen (15) days from your receipt of these requests, the following described documents and/or things. This request is to be deemed continuing and is to be supplemented if and when such documents and/or things come into your possession at a later date.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce copies of any and all statements of witnesses and/or employees, or any other document or recording, including but not limited to accident or incident reports, which in any way pertain to the accident involving PATRICIA PHEFFERKORN occurring at Super 1 Foods grocery store located at 2418 South Union Street, Opelousas, Louisiana on or about October 9, 2017.

**REQUEST FOR PRODUCTION NO. 2:**

The architectural plans, drawings, sketches, maps or blueprints for the premises in questions, specifically with respect to the location where the plaintiff was injured.

**REQUEST FOR PRODUCTION NO. 3:**

Any contracts between the owner and/or lessee and/or manager and/or managing firm at the time of the plaintiff's injury, and for the month immediately preceding plaintiff's injury.

**REQUEST FOR PRODUCTION NO. 4:**

Any indemnity agreement between any party to this case and nonparty which is relevant to the accident and injuries made the basis of this suit.

**REQUEST FOR PRODUCTION NO. 5:**

Any rules, management guidelines, operating guidelines, inspection procedures, or other similar writings or document that purports to show operating procedures for the



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

– 12 –

management, care, maintenance, repair, painting, inspection, and service of the premises

in question and specifically the location where the accident occurred.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all photographs that defendant has of the scene of accident or the

resulting injuries to the plaintiff or otherwise relevant to the claim sued upon herein.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all photographs, videotapes, documents, bills, statements, logs, reports,

or other thing or document which resulted from each and every surveillance of the

plaintiff.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all insurance agreements or policies that may provide coverage to the

damages sued upon herein.

**REQUEST FOR PRODUCTION NO. 9:**

Copies of any and all statements previously made by plaintiff concerning the

subject matter of this lawsuit, including any written statements signed or otherwise

adopted or approved by the plaintiff hereto and any stenographic, mechanical, electrical,

or other type of recording or any transcript thereof made by plaintiff hereto and

contemporaneously recorded.  This request is being made pursuant to LCCP 1424 (B).

**REQUEST FOR PRODUCTION NO. 10:**

Copies of reports of all similar accidents prepared by any and all employees of the

premises in question.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all accident and/or incident reports related to the accident at issue.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all video, surveillance or otherwise, of the area where plaintiff fell,

including exactly where he fell, taken on each of the three days before his accident, taken

on the day of his accident, and taken on each of the three days after his accident.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LIABILITY PARTNERSHIP

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 13 -

**REQUEST FOR PRODUCTION NO. 13:**

You are requested to produce a copy of plans, diagrams, schematics or other documents regarding the location of any video camera capable of viewing the department where the accident sued upon occurred.

**REQUEST FOR PRODUCTION NO. 14:**

Copies of any policy or procedure manual or other document that discusses the taking and/or handling and/or storage and/or retention of video taken at the store.

**REQUEST FOR PRODUCTION NO. 15:**

Copies of any and all reports rendered by any expert retained by you in this matter, together with copies of any and all documentation relied upon by this expert in forming his opinion.

**REQUEST FOR PRODUCTION NO. 16:**

Copies of any and all exhibits which you intend to utilize and/or introduce into evidence at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 17:**

Copies of any and all photographs, videos, tape recordings, including statements, maps, diagrams, sketches, or any other tangible physical objects, constituting or depicting, wholly or partially, the accident scene, the objects involved in the accident, activities by the plaintiff since the accident, or the injuries sustained in the accident, including but not limited to audio tapes, video tapes, films, photographs, statements, etc., relevant to the accident.

**REQUEST FOR PRODUCTION NO. 18:**

Copies of any and all records, reports, videos, etc. generated in connection with any investigation and/or surveillance conducted on the plaintiff.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Alexandria 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

– 14 –

**REQUEST FOR PRODUCTION NO. 19:**

Copies of any document or other element of proof which supports your contention that another person, company or entity was at fault in causing the events which resulted in this litigation.

**REQUEST FOR PRODUCTION NO. 20:**

Copies of any and all documentation of maintenance, inspection, repair, and/or construction of the parking lot located at the Super 1 Foods grocery store, specifically, conducted by you or your employees, including but not limited to logs, reports, time sheets, bills for services rendered, etc., from January 1, 2017 to the present.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce a copy of Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc.'s written policy regarding the custody and preservation of video-surveillance both at the time of the accident, and prior to and following the accident sued upon.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce any and all records showing the name, address, and telephone number of each person known or reasonably believed by you to have information concerning the facts and circumstances surrounding the accident; if a person listed is or was an employee of Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc., please include the title of the position held by said employee at the time of the accident and indicate whether said employee is still employed with Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc..

**REQUEST FOR PRODUCTION NO. 23:**

If, in responding to any of the previous request for production of documents, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document:

MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 15 -

a.   The type of document involved and a general description of the contents of the document;

b.   The name, business and residence addresses and telephone numbers and position of the individual from whom the document emanated;

c.   The name, business and residence addresses, telephone numbers and position of each individual to whom the document or a copy of the document was sent;

d.   The date of the document;

e.   The privilege upon which defendant relied in withholding any document.

*These Requests for Production of Documents are deemed to be continuing and requires seasonable supplementation of answers hereto as more information becomes available to you.  Please be advised that, at trial, plaintiffs will move to exclude any evidence offered that is within the scope of these requests for production that was not produced in response hereto.*

MORROW, MORROW, RYAN, BASSETT, & HAIK

BY: _____KERyan_____

KATHLEEN E. RYAN (#36335)
JAMES P. RYAN. (#11560)
WILLIAM L. RYAN (#38097)
Post Office Drawer 1787
Opelousas, LA  70571-1787
(337) 948-4483 phone
(337) 942-5234 fax
katier@mmrblaw.com

Attorneys for Plaintiffs,
*Patricia Phefferkorn and George Phefferkorn*

**PLEASE SERVE WITH ORIGINAL PETITION FOR DAMAGES**

MORROW, MORROW, RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

– 16 –

**State of Louisiana**
**Secretary of State**

10/23/2018

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA  70802-5921

Suit No.: 184478
27TH JUDICIAL DISTRICT COURT
SAINT LANDRY PARISH

PATRICIA PHEFFERKORN, ET AL
vs
BROOKSHIRE GROCERY COMPANY, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  E CUMMINS

Date: 10/22/2018
Title:  DEPUTY SHERIFF

KC

No: 1096761



CITATION
STATE OF LOUISIANA

PATRICIA PFEFFERKORN
ETUX

vs

BROOKSHIRE GROCERY
COMPANY ETAL

27th JUDICIAL DISTRICT COURT

PARISH OF ST. LANDRY

CIVIL NO. C-184478A

SERVED ON
R. KYLE ARDOIN

OCT 22 2018

SECRETARY OF STATE
COMMERCIAL DIVISION

TO THE DEFENDANT    THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
THROUGH ITS AGENT FOR SERVICE LOUISIANA SECRETARY OF STATE 8585
ARCHIVES AVE. BATON ROUGE, LA 70809

You are hereby summoned to comply with the demand

contained in the petition/of which a true and correct copy

(exclusive of exhibits) accompanies this citation, or make

an appearance,either by filing a pleading or otherwise, in

the 27th Judicial District Court in and for the Parish of

St. Landry, State of Louisiana, within fifteen (15) days

after the service hereof,under penalty of default.

Witness the Honorable the Judges of said Court, this ___5TH___

day of___OCTOBER___, A. D. 2018.

Issued and delivered____OCTOBER 5, 2018___

_____
Deputy Clerk of Court

REQUESTED BY:    KATHLEEN RYAN

PATRICIA PHEFFERKORN and
GEORGE PHEFFERKORN

CIVIL DOCKET NO. 18C 4478A

VERSUS

27TH JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY COMPANY;
THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT;
DOYLE ROGERS COMPANY; and
AMERICAN ZURICH INSURANCE
COMPANY

ST. LANDRY PARISH

STATE OF LOUISIANA

## PETITION FOR DAMAGES

     The petition of PATRICIA PHEFFERKORN and GEORGE PHEFFERKORN,

residents and domiciliaries of the full age of majority of St. Landry Parish, Louisiana, who

respectfully represent:

10/05/18 08:45:14
St. Landry Parish Clerk of Court

1.

     Made defendants herein are:

     BROOKSHIRE GROCERY COMPANY, a foreign corporation, authorized
to do and doing business in the State of Louisiana, that has appointed CT
Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana,
70816, as its agent for service of process; and

     THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a
foreign insurance company, authorized to do and doing business in the
State of Louisiana, and has appointed the Secretary of State for the State of
Louisiana as its agent for service of process; and

     DOYLE ROGERS COMPANY, INC., a foreign corporation, that may be
served through is Chief Operating Officer, Alan Tegethoff, at 111 Center
Street, Stephens Building, Suite 1510, Little Rock, Arkansas, 72201; and

     AMERICAN ZURICH INSURANCE COMPANY, a foreign insurance
company, authorized to do and doing business in the State of Louisiana,
and has appointed the Secretary of State for the State of Louisiana as its
agent for service of process;

who are justly and truly indebted unto your Petitioners, individually, jointly and in

solido, for such amount as is reasonable in the premises, together with legal interest



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

thereon from the date of judicial demand until paid, and for all costs of these proceedings the following reasons, to-wit:

2.

On or about October 9, 2017, plaintiff, PATRICIA PHEFFERKORN, was an invited customer at the Super 1 Foods grocery store located at 2418 South Union Street, Opelousas, Louisiana, 70570 ("Super 1 Foods" hereinafter).

3.

After exiting her parked vehicle and walking towards the front entrance of Super 1 Foods, plaintiff slipped in the parking lot on a wet, slick, and slimy substance in a section of the parking lot that was holding water. It had not recently rained and the only section of the parking lot that was holding water was the area where plaintiff slipped and fell.

4.

Upon information and belief, Super 1 Foods store is and was at the time of the accident owned and operated by defendant, BROOKSHIRE GROCERY COMPANY.

5.

Upon information and belief, at the time of accident, defendant, BROOKSHIRE GROCERY COMPANY, leased the Super 1 Foods store building and parking lot from defendant, DOYLE ROGERS COMPANY, INC.

6.

Upon information and belief, at the time of the accident sued upon herein, defendants, had the care, custody and control of Super 1 Foods where plaintiff, PATRICIA PHEFFERKORN, was injured.

7.

Defendants knew or should have known of the unreasonably dangerous condition where Petitioner was injured, that existed at the time of the accident sued upon herein.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 2 -

8.

Upon information and belief, the unreasonably dangerous condition presented an unreasonable risk of harm to the plaintiff and the risk of harm was reasonably foreseeable; defendants, either created or had actual or constructive notice of the condition which caused the damage prior to the occurrence, and failed to exercise reasonable care.

9.

Defendants are liable for the following non-exclusive list of acts and/or omissions, to-wit:

1. Failing to exercise ordinary care in the maintenance, construction, and/or building of the parking lot;

2. Having premises conditions that fail to meet the minimum standards of safety as set forth in the applicable codes, statutes and ordinances;

3. Failing to take steps to make the condition of the parking lot safe;

4. Failing to warn the Petitioner of the dangerous/hazardous condition;

5. Failure to properly mark and warn of the dangerous/hazardous condition;

6. Failure to take reasonable steps to maintain and insure the safety of others;

7. Failure to do what should have been done to avoid the accident;

8. Failure to exercise reasonable and prudent care under the circumstances;

9. Failure to provide business invitees, patrons, and other individuals with a safe means of traversing the premises;

10. Failure to take appropriate action to remedy defects and conditions after having actual or constructive knowledge of the same;

11. Other act(s) of negligence to be shown at the trial on the merits.

10.


MORROW, MORROW,
RYAN, BASSETT & HAIK
ATTORNEYS AT LAW - AT LAW

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

It is alleged, upon information and belief, that defendant is liable pursuant to Louisiana Civil Code articles 2317 and 2317.1, as well as other applicable Louisiana statutes.

11.

As a result of the accident and subsequent injuries suffered by his wife, PATRICIA PHEFFERKORN, plaintiff, GEORGE PHEFFERKORN, is entitled to recover damages for loss of consortium in an amount more than sufficient to justify this Honorable Court's jurisdictional requisites.

12.

As a result of the accident, Petitioner, PATRICIA PHEFFERKORN, is entitled to recover damages for past, present, and future mental and physical pain and suffering; past, present and future medical travel expenses; past, present and future medical expenses; past, present and future loss of enjoyment of life; past, present and future disability and impairment; past, present and future mental anguish; and past, present and future lost wages and/or earning capacity, and other damages to be shown at trial on the merits, all in an amount more than sufficient to satisfy this Honorable Court's jurisdictional requisites.

12.

Upon information and belief, at all times material hereto, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT had issued a policy of insurance to BROOKSHIRE GROCERY COMPANY providing coverage for all damages sued upon herein.

13.

Upon information and belief, at all times material hereto, AMERICAN ZURICH INSURANCE COMPANY had issued a policy of insurance to DOYLE ROGERS COMPANY providing coverage for all damages sued upon herein.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

**WHEREFORE**, Plaintiffs, PATRICIA PHEFFERKORN and GEORGE PHEFFERKORN, pray that the Defendants be served with a copy of this Petition and be duly cited to appear and answer same and that, after due proceedings are had, there be judgment herein in favor of Plaintiffs, and against Defendants, BROOKSHIRE GROCERY COMPANY; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; DOYLE ROGERS COMPANY; and AMERICAN ZURICH INSURANCE COMPANY for damages as are reasonable in the premises, together with legal interest from date of judicial demand, all penalties and attorney fees as provided by law, and for all costs of these proceedings and interest; and

**PLAINTIFFS FURTHER PRAY** for all general and equitable relief that can be afforded to them by this Honorable Court, under the laws of the State of Louisiana.

RESPECTFULLY SUBMITTED:

**MORROW, MORROW, RYAN, BASSETT & HAIK**

BY: _____*K E Ryan*_____
KATHLEEN E. RYAN (#36335)
JAMES P. RYAN (#11560)
WILLIAM L. RYAN (#38097)
Post Office Drawer 1787
Opelousas, Louisiana 70571
Telephone: (337) 948-4483
Facsimile: (337) 942-5243

Attorneys for Plaintiffs,
*Patricia Phefferkorn and George Phefferkorn*

**PLEASE SERVE:**

BROOKSHIRE GROCERY COMPANY
through its agent for service:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

MORROW, MORROW,
RYAN, BASSETT & HAIK

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

St. Landry Parish Clerk of Court's Office
Filed _____ 10 · 5 · 20 18
Deputy Clerk
OPELOUSAS, LOUISIANA 10 · 5 · 20 18
This is to certify that the above is a true
and correct copy of the original on file in the
office of the Clerk of Court of St. Landry Parish.

Deputy Clerk of Court

- 5 -

**PLEASE SERVE:**

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
through its agent for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

AMERICAN ZURICH INSURANCE COMPANY
through its agent for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**PLEASE SERVE VIA LONG-ARM STATUTE:**

DOYLE ROGERS COMPANY, INC.
through its Chief Operating Officer
Alan Tegethoff
111 Center Street
Stephens Building, Suite 1510
Little Rock, Arkansas  72201



MORROW, MORROW,
RYAN, BASSETT &HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 6 -

PATRICIA PHEFFERKORN and      CIVIL DOCKET NO. _____
GEORGE PHEFFERKORN

VERSUS      27TH JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY COMPANY;
THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT;      ST. LANDRY PARISH
DOYLE ROGERS COMPANY; and
AMERICAN ZURICH INSURANCE
COMPANY      STATE OF LOUISIANA

## REQUEST FOR NOTICE

TO THE CLERK of the 27TH Judicial District Court, in and for the Parish of St.

Landry, Louisiana:

PLEASE TAKE NOTICE that MORROW, MORROW, RYAN, BASSETT, & HAIK,

Attorneys for Petitioners, Patricia Phefferkorn and George Phefferkorn, do hereby

request written notice of the date of trial of the above matter, as well as notice of hearings

(whether on merits or otherwise), orders, judgments and interlocutory decrees, and any

and all formal steps taken by the parties herein, the Judge or any member of Court, as

provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913

and 1914.

RESPECTFULLY SUBMITTED:

MORROW, MORROW, RYAN, BASSETT & HAIK

BY: _____
     KATHLEEN E. RYAN (#36335)
     JAMES P. RYAN (#11560)
     WILLIAM L. RYAN (#38097)
     Post Office Drawer 1787
     Opelousas, Louisiana  70571
     Telephone:  (337) 948-4483
     Facsimile:  (337) 942-5243

Attorneys for Plaintiffs,
*Patricia Phefferkorn and George Phefferkorn*



MORROW, MORROW,
RYAN, BASSETT & HAIK

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

PATRICIA PHEFFERKORN and   CIVIL DOCKET NO. _____
GEORGE PHEFFERKORN

VERSUS         27TH JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY COMPANY;
THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT;  ST. LANDRY PARISH
DOYLE ROGERS COMPANY; and
AMERICAN ZURICH INSURANCE
COMPANY        STATE OF LOUISIANA

---

### PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION

---

TO: BROOKSHIRE GROCERY COMPANY
   through its agent for service:
   CT Corporation System
   3867 Plaza Tower Drive
   Baton Rouge, Louisiana  70816

   THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
   through its agent for service:
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana  70809

   AMERICAN ZURICH INSURANCE COMPANY
   through its agent for service:
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana  70809

   DOYLE ROGERS COMPANY, INC.
   through its Chief Operating Officer
   Alan Tegethoff
   111 Center Street
   Stephens Building, Suite 1510
   Little Rock, Arkansas  72201

   Petitioners, PATRICIA PHEFFERKORN and GEORGE PHEFFERKORN, do

hereby request that the above named party answer separately and fully, in writing, under

oath, each of the following written interrogatories, or if objection is made that the reason

for each objection be given, that said answers, sworn to and signed by the person making

them and any objection signed by the attorney making them, be served upon petitioner

within fifteen (15) days from the date of mailing and service of these interrogatories, all



MORROW, MORROW,
RYAN, BASSETT & HAIK
ATTORNEYS AT LAW

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

pursuant to Article 1457, *et seq.*, and any other applicable law. Petitioners further request

of defendant that all responses be reasonably supplemented and/or amended as the case

may require by Article 1428 of the Louisiana Code of Civil Procedure. Each interrogatory

is addressed to all such information as is available to you including, but not limited to,

your own personal knowledge and that of your attorney's investigators, agents,

employees and other representatives.

You are hereby advised that you are under a duty to reasonably amend your

answers if you obtain information upon the basis of which:

a.     You know that the answer was incorrect when made; and/or

b.     You know that the answer, though correct when made, is no longer true

and the circumstances are such that a failure to amend the answer is in

substance a knowing concealment or misrepresentation.

The following definitions are to be utilized when answering these discovery

requests:

DEFINITIONS

1.     "You" or "Your" means the party to whom these requests are propounded

and included, but is not limited to, any agents, employees, representatives or attorneys

for said party.

2.     "Occurrence," "accident" and/or "incident" refer to the incident involving

Plaintiff on the occasion and at the time described in Plaintiff's Original Complaint.

3.     "Identify" or "Identity" when referring:

a.     To a "person" means to state the full name of the person, any aliases

and/or nicknames by which the person is now known or has been known in the past, a

present and/or last known address, telephone number, date of birth, social security

number, drivers' license number, title or position and place of employment and, if

previous or presently employed by you, the date he or she was hired and the date he or

she was terminated or left your employ, if applicable;



MORROW, MORROW,
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 2 -

b.    To a "<u>document</u>" means, if a legible copy of the document is not provided with your answer, a complete description of the document referred to, including its title, if any, the date it was prepared, the name of the person who prepared it, and the identity of the person or persons having custody of, control over, or access to such document;

c.    To "<u>any other matter</u>" means to give a reasonable, detailed description thereof, including if applicable, for a tangible matter: when, where and how it was made, and to identify who made it and who has present or last known possession, custody or control thereof; and

d.    If referring to other lawsuits or actions of any type in any court, means stating separately for each such action: the identity of all parties; the court and case number; the date on which such action was initiated, the identity of the opposing attorneys; the outcome of the case, including in such action the description of any judgment or other relief granted in each such action; and, if a civil action, the nature of the cause of action.

4.    "<u>Super 1 Foods grocery store</u>", unless otherwise specified, is to mean the Super 1 Foods grocery Store located at 2418 South Union Street, Opelousas, Louisiana, 70570, where the incident at issue is alleged to have taken place.

5.    "<u>Documents</u>" includes, but is not limited to, any note, memorandum, correspondence, contract or agreement, pamphlet or manual, computer print-out, computer tape, tape recording, photograph, photographic negative or transparency, movie film, videotape recording, digital recording, CD-rom, computer disk and every writing or graphic material of any kind whatsoever.

6.    "<u>Plaintiff</u>" refers to PATRICIA PHEFFERKORN.

7.    The "<u>date</u>" or "<u>date in question</u>" refers to October 9, 2017.



MORROW, MORROW,
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 3 -

8.     The injuries referred to in the following Interrogatories, Requests for Admission and Requests for Production of Documents are the injuries made the basis of the suit, unless otherwise specified.

9.     "Designated Time Period": Unless otherwise stated relative to a specific request, the time period applicable to the following requests is from three (3) years prior to and including the date in question, through the date answers are being served.

10.     "Possession, Custody and Control": The witness is instructed that "possession" for purposes of this request means possession, custody and control, including constructive possession, such that the witness need not have actual physical possession of the document or thing as long as he has a right (superior to that of the requesting party) to compel the production from a third party (including an agency, authority, representative, hospital, or medical staff committee) having physical possession of the item.

## REQUESTS FOR ADMISSION

Pursuant to Articles 1466 and 1467 of Louisiana Code of Civil Procedure, Petitioners request that the Defendant admit or deny separately and in writing, and under oath, the matters set forth below. Unless a written response is received by attorney for Petitioners at the below address within fifteen (15) days from service of this request or such other time limit allowed by the Louisiana Code of Civil Procedure, all facts shall be deemed admitted.

## REQUEST FOR ADMISSION NO. 1:

Please admit or deny that surveillance has been performed on plaintiff.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 4 -

**REQUEST FOR ADMISSION NO. 2:**

Please admit or deny that an accident occurred on October 9, 2017 whereby plaintiff, Patricia Phefferkorn, slipped and fell at the Super 1 Foods grocery store located at 2418 South Union Street, Opelousas, Louisiana, 70570.

**REQUEST FOR ADMISSION NO. 4:**

Please admit or deny whether Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc have or had any video of any part of the incident that is the subject of this suit.

**REQUEST FOR ADMISSION NO. 5:**

Please admit that Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. corporate policy requires the utilization of video surveillance of the premises.

**REQUEST FOR ADMISSION NO. 6:**

Please admit that video surveillance was in use at the Super 1 Foods in question at the time of the accident sued upon.

**REQUEST FOR ADMISSION NO. 7:**

Please admit that Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc did have video of the accident involving plaintiff that occurred on October 9, 2017 at the Super 1 Foods grocery store in question, located in Opelousas, Louisiana.

**REQUEST FOR ADMISSION NO. 9:**

Please admit that as of October 9, 2017, Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. was aware of the accident sued upon.

**REQUEST FOR ADMISSION NO. 10:**

Please admit that on October 9, 2017, the parking lot at the Super 1 Foods grocery store in Opelousas, LA was holding water in the area where plaintiff slipped and fell.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

-5-

**REQUEST FOR ADMISSION NO. 11:**

Please admit that after the accident on October 9, 2017, Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. repaired and or corrected the condition of the parking lot located at the Super 1 Foods grocery store.



MORROW, MORROW,
RYAN, BASSETT & HAIK

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 6 -

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please state the name, address, and telephone number and current employer of all person or persons answering or assisting in answering this discovery. Please specify for each interrogatory who provided the information.

**INTERROGATORY NO. 2:**

Please state the names, addresses, telephone numbers and current employment of all witnesses that you or your attorney expect to call at the time of the trial of the case. In connection therewith, please indicate the area in which each witness is expected to testify and the basic substance of his testimony. Please also indicate whether the witness is an eye witness, factual witness or expert witness.

**INTERROGATORY NO. 3:**

Please provide a complete list of all documents which you intend to utilize and/or introduce into evidence at the trial of this matter, identifying each such document or tangible object by reference to date, signatory or persons referenced thereon, and the contents thereof.

**INTERROGATORY NO. 4:**

Following the accident sued on herein, were any statements obtained from any persons, including the plaintiff, by you or someone on your behalf, including any insurance representatives or investigators?  If so, please state the name, address, telephone number, and employment of the persons giving and taking this statement; the date of said statement; whether the statement was verbal, written, tape recorded, or records in any manner; and the name, address, and telephone number of the person who presently had the care, custody and control of the statements.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

**INTERROGATORY NO. 5:**

Please give the name and complete address of each person known to you or anyone acting on your behalf who witnessed the accident described in the lawsuit.

**INTERROGATORY NO. 6:**

Please give the name and address of each person known to you or anyone acting on your behalf who was not an actual eyewitness to the accident described in the lawsuit but who is believed to have or claims to have information relative to the accident or to this lawsuit.

**INTERROGATORY NO. 7:**

Please give the name and address of each investigator, attorney, agent, or anyone conducting an investigation of the facts involved in this lawsuit.

**INTERROGATORY NO. 8:**

State whether you or anyone acting on your behalf has knowledge or possession any photographs, videos, maps, diagrams, sketches, or any other tangible physical objects, constituting or depicting, wholly or partially, the accident scene, the objects involved in the accident, or the injuries sustained in the accident.  If so, as to each item, please furnish a complete description, the date they were taken/made, and its present location and custodian.

**INTERROGATORY NO. 9:**

Please state the name, address and telephone number of each and every individual who has conducted any investigation and/or any surveillance activities on the plaintiff, since the date of his accident through the present.  Please annex to your answers copies of any and all documentation of such surveillance activities, including logs, time sheets, bills for services rendered, etc.

**INTERROGATORY NO. 10:**

Do you contend that the fault of a third party caused or contributed to the accident and/or plaintiff's injuries?  If so, please detail each and every fact upon which you rely,



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

-8-

together with the names, addresses, telephone numbers of each witness who will be called to testify regarding this claim, as well as each and every exhibit to be utilized at the trial of this matter regarding this claim. Please note that we will object to any third party being on the jury verdict form that is not named herein.

**INTERROGATORY NO. 11:**

Please itemize any and all policies of insurance issued to Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. at the time of the accident sued upon, including the following information:

    a.    Name, address and telephone number of company issuing the policy

    b.    Policy effective dates

    c.    Type of policy (commercial, excess, umbrella, etc.)

    d.    Limits for each policy.

**INTERROGATORY NO. 12:**

Please state whether Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc. has any video camera(s) capable of providing images of the area where plaintiff slipped and fell.  In connection therewith, please:

    a.    Identify the location of each camera that was in operation at the time of the accident;

    b.    Identify the location of each camera that was NOT in operation at the time of the accident;

    c.    Identify the person in charge of the operation of each camera at the time of this accident;

    d.    State whether the video camera(s) are capable of pivoting or rotating;

    e.    State if the field of vision was changed or moved either before or after this accident;

    f.    State the current whereabouts of any video conducted on the date of this accident; and

    g.    Identify the present custodian or last known custodian.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 9 -

**INTERROGATORY NO. 13:**

Please state the name, date, address and position of every person who has viewed or reviewed any video taken in connection with this accident.

**INTERROGATORY NO. 14:**

Please state the name, last known address and last known telephone number of every person or persons employed by the Super 1 Foods/Brookshire Grocery Company located at 2418 South Union Street, Opelousas, Louisiana, 70570 for the period of January 1, 2017 through the present. Note: if employees are no longer employed by Super 1 Foods/Brookshire Grocery Company, please provide the phone numbers and addresses of said employees during their employment with Super 1 Foods/Brookshire Grocery Company.

**INTERROGATORY NO. 15:**

Please state when the parking lot at the Super 1 Foods grocery store was repaired and/or corrected following the accident on October 9, 2017.

**INTERROGATORY NO. 16:**

Please state when the parking lot at the Super 1 Foods grocery store was last repaired and/or installed prior the accident on October 9, 2017.

**INTERROGATORY NO. 17:**

Was any accident or incident report prepared by you or someone on your behalf, including any insurance representatives or investigators?  If so, please state:

    a.    The name(s), address(es), and telephone number(s) of the person(s) preparing said accident or incident report(s);

    b.    The date the accident or incident report(s) were made;

    c.    The name, address, telephone number and occupation/title of the person who has possession of the accident and/or incident(s); and

    d.    The name of every person who signed the accident and/or incident report(s).



MORROW, MORROW,
RYAN, BASSETT & HAIK
PROFESSIONAL LAW CORPORATION

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 10 -

**INTERROGATORY NO. 18:**

State the names, present addresses, and telephone numbers of the owner(s) of the premises involved in the accident sued upon herein.

*These Interrogatories are deemed to be continuing and requires seasonable supplementation of answers hereto as more information becomes available to you. Please be advised that, at trial, plaintiffs will move to exclude any evidence offered that is within the scope of these requests for production that was not produced in response hereto.*


MORROW, MORROW,
RYAN, BASSETT & HAIK

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 11 -

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

YOU ARE HEREBY REQUESTED to produce at the office of Kathleen E. Ryan, 324 West Landry, Opelousas, Louisiana, within fifteen (15) days from your receipt of these requests, the following described documents and/or things.  This request is to be deemed continuing and is to be supplemented if and when such documents and/or things come into your possession at a later date.

### **REQUEST FOR PRODUCTION NO. 1:**

Please produce copies of any and all statements of witnesses and/or employees, or any other document or recording, including but not limited to accident or incident reports, which in any way pertain to the accident involving PATRICIA PHEFFERKORN occurring at Super 1 Foods grocery store located at 2418 South Union Street, Opelousas, Louisiana on or about October 9, 2017.

### **REQUEST FOR PRODUCTION NO. 2:**

The architectural plans, drawings, sketches, maps or blueprints for the premises in questions, specifically with respect to the location where the plaintiff was injured.

### **REQUEST FOR PRODUCTION NO. 3:**

Any contracts between the owner and/or lessee and/or manager and/or managing firm at the time of the plaintiff's injury, and for the month immediately preceding plaintiff's injury.

### **REQUEST FOR PRODUCTION NO. 4:**

Any indemnity agreement between any party to this case and nonparty which is relevant to the accident and injuries made the basis of this suit.

### **REQUEST FOR PRODUCTION NO. 5:**

Any rules, management guidelines, operating guidelines, inspection procedures, or other similar writings or document that purports to show operating procedures for the



MORROW, MORROW,
RYAN, BASSETT & HAIK
A LIMITED LIABILITY PARTNERSHIP

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 12 -

management, care, maintenance, repair, painting, inspection, and service of the premises in question and specifically the location where the accident occurred.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all photographs that defendant has of the scene of accident or the resulting injuries to the plaintiff or otherwise relevant to the claim sued upon herein.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all photographs, videotapes, documents, bills, statements, logs, reports, or other thing or document which resulted from each and every surveillance of the plaintiff.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all insurance agreements or policies that may provide coverage to the damages sued upon herein.

**REQUEST FOR PRODUCTION NO. 9:**

Copies of any and all statements previously made by plaintiff concerning the subject matter of this lawsuit, including any written statements signed or otherwise adopted or approved by the plaintiff hereto and any stenographic, mechanical, electrical, or other type of recording or any transcript thereof made by plaintiff hereto and contemporaneously recorded. This request is being made pursuant to LCCP 1424 (B).

**REQUEST FOR PRODUCTION NO. 10:**

Copies of reports of all similar accidents prepared by any and all employees of the premises in question.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all accident and/or incident reports related to the accident at issue.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all video, surveillance or otherwise, of the area where plaintiff fell, including exactly where he fell, taken on each of the three days before his accident, taken on the day of his accident, and taken on each of the three days after his accident.



MORROW, MORROW,
RYAN, BASSETT &HAIK
PROFESSIONAL LAW CORPORATION
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 13 -

**REQUEST FOR PRODUCTION NO. 13:**

You are requested to produce a copy of plans, diagrams, schematics or other documents regarding the location of any video camera capable of viewing the department where the accident sued upon occurred.

**REQUEST FOR PRODUCTION NO. 14:**

Copies of any policy or procedure manual or other document that discusses the taking and/or handling and/or storage and/or retention of video taken at the store.

**REQUEST FOR PRODUCTION NO. 15:**

Copies of any and all reports rendered by any expert retained by you in this matter, together with copies of any and all documentation relied upon by this expert in forming his opinion.

**REQUEST FOR PRODUCTION NO. 16:**

Copies of any and all exhibits which you intend to utilize and/or introduce into evidence at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 17:**

Copies of any and all photographs, videos, tape recordings, including statements, maps, diagrams, sketches, or any other tangible physical objects, constituting or depicting, wholly or partially, the accident scene, the objects involved in the accident, activities by the plaintiff since the accident, or the injuries sustained in the accident, including but not limited to audio tapes, video tapes, films, photographs, statements, etc., relevant to the accident.

**REQUEST FOR PRODUCTION NO. 18:**

Copies of any and all records, reports, videos, etc. generated in connection with any investigation and/or surveillance conducted on the plaintiff.



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

- 14 -

**REQUEST FOR PRODUCTION NO. 19:**

Copies of any document or other element of proof which supports your contention that another person, company or entity was at fault in causing the events which resulted in this litigation.

**REQUEST FOR PRODUCTION NO. 20:**

Copies of any and all documentation of maintenance, inspection, repair, and/or construction of the parking lot located at the Super 1 Foods grocery store, specifically, conducted by you or your employees, including but not limited to logs, reports, time sheets, bills for services rendered, etc., from January 1, 2017 to the present.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce a copy of Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc.'s written policy regarding the custody and preservation of video-surveillance both at the time of the accident, and prior to and following the accident sued upon.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce any and all records showing the name, address, and telephone number of each person known or reasonably believed by you to have information concerning the facts and circumstances surrounding the accident; if a person listed is or was an employee of Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc., please include the title of the position held by said employee at the time of the accident and indicate whether said employee is still employed with Super 1 Foods/Brookshire Grocery Company/Doyle Rogers Company, Inc..

**REQUEST FOR PRODUCTION NO. 23:**

If, in responding to any of the previous request for production of documents, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document:



MORROW, MORROW,
RYAN, BASSETT & HAIK
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
*toll free* 800-356-6776
*fax* 337-942-5234
www.mmrbhlawoffice.com

- 15 -

a.   The type of document involved and a general description of the contents of the document;

b.   The name, business and residence addresses and telephone numbers and position of the individual from whom the document emanated;

c.   The name, business and residence addresses, telephone numbers and position of each individual to whom the document or a copy of the document was sent;

d.   The date of the document;

e.   The privilege upon which defendant relied in withholding any document.

*These Requests for Production of Documents are deemed to be continuing and requires seasonable supplementation of answers hereto as more information becomes available to you.  Please be advised that, at trial, plaintiffs will move to exclude any evidence offered that is within the scope of these requests for production that was not produced in response hereto.*

MORROW, MORROW, RYAN, BASSETT, & HAIK

BY:  _____KERyan_____

KATHLEEN E. RYAN (#36335)
JAMES P. RYAN. (#11560)
WILLIAM L. RYAN (#38097)
Post Office Drawer 1787
Opelousas, LA  70571-1787
(337) 948-4483 phone
(337) 942-5234 fax
katier@mmrblaw.com

Attorneys for Plaintiffs,
*Patricia Phefferkorn and George Phefferkorn*

**PLEASE SERVE WITH ORIGINAL PETITION FOR DAMAGES**



MORROW, MORROW,
RYAN, BASSETT & HAIK
A PROFESSIONAL LAW CORPORATION
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrblawoffice.com

- 16 -

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

FIRST CLASS

ZIP 70802  $ 007.20⁰
02 4W
0000352942 OCT. 23. 2018

7017 2620 0000 8447 9293

CERTIFIED MAIL

Baton Rouge P&DC 708
TUE 23 OCT 2018 PM

SS151-A