UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PATRICIA PHEFFERKORN AND     CIVIL ACTION NO. 6:18-cv-01499
GEORGE PHEFFERKORN

VERSUS     JUDGE SUMMERHAYS

BROOKSHIRE GROCERY COMPANY,     MAGISTRATE JUDGE HANNA
ET AL.

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs' motion to remand (Rec. Doc. 9) is DENIED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 21st day of February 2019.

ROBERT SUMMERHAYS
UNITED STATES DISTRICT JUDGE