UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PATRICIA PHEFFERKORN AND | * | CIVIL DOCKET NO. 6:18-cv-01499 |
| GEORGE PHEFFERKORN | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE: ROBERT R. SUMMERHAYS |
| BROOKSHIRE GROCERY COMPANY, | * | |
| THE TRAVELERS INDEMNITY | * | |
| COMPANY OF CONNECTICUT, | * | |
| DOYLE ROGERS COMPANY AND | * | |
| AMERICAN ZURICH INSURANCE | * | |
| COMPANY | * | MAGISTRATE JUDGE: PATRICK J. HANNA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the foregoing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted in the above captioned matter by and between Plaintiffs, **PATRICIA PHEFFERKORN AND GEORGE PHEFFERKORN,** and Defendants, **BROOKSHIRE GROCERY COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, LRS GENERAL PARTNERSHIP, AND AMERICAN ZURICH INSURANCE COMPANY**, be and are hereby dismissed, with prejudice.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 3 r d day of January, 2020.

**JUDGE ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**